966 A.2d 551

**In re ESTATE OF Robert W. RYERSS, Deceased.**

**Petition of Fox Chase Cancer Center.**

**No. 7 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 26, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of February, 2009, the "Application for Extraordinary Relief under King[']s Bench Jurisdiction" is **DENIED.**